# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00756-CV

---

**Michael Passaloukos, Appellant**

**v.**

**Sando Passaloukos, Appellee**

---

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-23-005119, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant and appellee have filed a joint motion to dismiss this appeal. The parties have agreed that costs of the appeal will be paid by the party incurring the costs. *See* Tex. R. App. P. 42.1(d). We grant the joint motion and dismiss the appeal. *See id.* R. 42.1(a), 43.2(f).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Joint Motion

Filed: June 20, 2025